UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SHENEQUA MOSS, | Case No. 3:14-cv-00383 |
| Plaintiff, | District Judge Walter H. Rice |
| vs. | Magistrate Judge Sharon L. Ovington |
| NANCY A. BERRYHILL, Commissioner of the Social Security Administration, | |
| Defendant. | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Amended Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #27), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Amended Report and Recommendations docketed on April 20, 2017 (Doc. #27) is ADOPTED in full;

2. Plaintiff's Motion For Attorney Fees Under the Equal Justice Act, 28 U.S.C. §2412(d) (Doc. #23) is granted, in part, and denied, in part;

3. The Commissioner is ordered to pay Plaintiff's attorney fees in the total amount of $6,678.63; and

4. The case is terminated on the docket of this Court.

May 5, 2017

Walter H. Rice
United States District Judge